HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES L. CARRIGAN,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.

    Defendants.

CASE NO. C13-276 RAJ

ORDER

This matter comes before the court *sua sponte*. On February 20, 2013, defendants filed a motion to dismiss for failure to state a claim. Dkt. # 9. The motion was noted for consideration on March 22, 2013. To-date, plaintiff has not filed an opposition. The court ORDERS plaintiff to SHOW CAUSE why the court should not grant defendants' motion to dismiss in its entirety for failure to oppose. Local Civ. R. 7(b)(2). Plaintiff shall respond within five days of this order.

Dated this 8th day of May, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER- 1