HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES L. CARRIGAN,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>            Defendants. | CASE NO. C13-276 RAJ<br><br>ORDER |

This matter comes before the court on the court's order to show cause. Dkt. # 13. On February 20, 2013, defendants filed a motion to dismiss for failure to state a claim. Dkt. # 9. The motion was noted for consideration on March 22, 2013. The plaintiff did not file an opposition. On May 8, 2013, the court ordered plaintiff to show cause why the court should not grant defendants' motion to dismiss in its entirety for failure to oppose. Dkt. # 13. The court ordered plaintiff to respond within five days of the May 8, 2013 order. To-date, plaintiff has not responded to the order to show cause or otherwise opposed defendants' motion. Accordingly, the court GRANTS defendants' motion to dismiss due to plaintiff's failure to oppose the motion or respond to the court's order to show cause. Local Civ. R. 7(b)(2)

ORDER- 1

1 | Dated this 28th day of May, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 2